B 6F (Official Form 6F) (12/07)

In re  Bobbie Beck and Alvin Lyons        ,          Case No. _____
                     Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Metropolitan Sewer District <br> P.O. Box 437 <br> St. Louis, MO 63166 | | | 2010 | | | | 71.21 |
| ACCOUNT NO. <br><br> GE Money Bank <br> P.O. Box 960061 <br> Orlando, FL 32896 | | | 2010 | | | | 1,461.00 |
| ACCOUNT NO. <br><br> Misouri American Water <br> P.O. Box 94551 <br> Palatine, IL 60094 | | | 2009 | | | | 32.00 |
| ACCOUNT NO. <br><br> Dougherty Physician <br> P.O. Box 98570 <br> Las Vegas, NV 89193 | | | 2008 | | | | 932.00 |
| | | | | | | Subtotal▶ | $ 2,496.21 |

_____ continuation sheets attached

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Bobbie Beck and Alvin Lyons          ,          Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sam's Club <br> P.O. Box 530942 <br> Atlanta, GA 30353 | | | 2007 | | | | 494.00 |
| ACCOUNT NO. <br> Fingerhut <br> P.O. Box 166 <br> Newark, NJ 07101 | | | 2008 | | | | 959.00 |
| ACCOUNT NO. <br> Home Depot <br> P.O. Box 182676 <br> Columbus, OH 43218 | | | 2008 | | | | 1,206.00 |
| ACCOUNT NO. <br> AmerenUE <br> P.O. Box 66529 <br> St. Louis, MO 63166 | | | 2010 | | | | 320.00 |
| ACCOUNT NO. <br> Capital One Bank <br> P.O. Box 60599 <br> City of Industry, CA 91716 | | | 2009 | | | | 624.00 |

Sheet no._____ of _____ continuation sheets attached       Subtotal▶   $ 3,603.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                            Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Bobbie Beck                              ,         Case No. _____
            **Debtor**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Laboratory Corp. of America <br> P.O. Box 2240 <br> Burlington, N. Carolina 27216 | | | 2009 | | | | 109.00 |
| ACCOUNT NO. <br> Des Peres Hospital <br> Box 830913 <br> Birmingham, AL 35283 | | | 2009 | | | | 14,249.00 |
| ACCOUNT NO. <br> Lowe's <br> P.O. Box 530914 <br> Atlanta, GA 30353 | | | 2009 | | | | 1,136.00 |
| ACCOUNT NO. <br> Sears Card <br> P.O. Box 688956 <br> Des Moines, IA 50368 | | | 2007 | | | | 230.00 |
| ACCOUNT NO. <br> Laclede Gas <br> Drawer 2 <br> St. Louis, MO 63171 | | | 2010 | | | | 113.62 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 15,837.62

Total▶ $ 21,936.83
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)