IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| In Re: | ) | |
| --- | --- | --- |
| | ) | Chapter 7 |
| Alvin Lyons and | ) | |
| Bobbie Beck | ) | Case# 10-53125 |
| | ) | |
| Debtor(s) | ) | Judge Schermer |
| | ) | |

## NOTICE AND MOTION TO DISMISS

PLEASE TAKE NOTICE: ANY RESPONSIVE PLEADING IN OPPOSITION TO THIS MOTION MUST BE FILED IN WRITING NO LATER THAN TWENTY (20) DAYS FROM TEH DATE OF SERVICE OF THIS MOTION AS SHOWN ON TEH CERTIFICATE OF SERVICE. THE RESPONSE MUST BE IMMEDIATELY SERVED UPON THE UNDERSIGNED AND UPON ALL ENTITIES DESCRIBED IN L.B.R. 9013-1 A THE COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE TO ANY PARTY UPON EXPIRATION OF THE RESOPNSE PERIOD IF NO RESPONSE IS FILED. IF A RESPONSE OR OBJECTION IS FILED, THE MOVANT, APPLICANT OR CLAIM OBJECTOR SHALL SET THE MATTER FOR HEARING ADN PROVIDE NOTICE THEREOF TO THE RESOPNDENT AND ALL ENTITIES DESCRIBED IN L.B.R. 9013-1 A.

COMES NOW, Douglas M. Heagler, attorney and respectfully presents this Motion to Dismiss the individual case of Alvin Lyon, in the above captioned joint case and in support thereof:

1. Debtors Alvin Lyon's and Bobbie Beck's case was originally filed as a joint case.

2. The Debtors are not married and should not proceed as a joint case.

3. This case has not been converted under 1 U.S.C. Section 706 or 11. U.S.C. Section 111.

3. Debtors state that they had no intent to mislead the court in the original filing and advised the Trustee in the above matter of their unmarried status at their meeting of creditors.

4. The Debtors have discussed their situation and have agreed for Mr. Lyons to request to have his case dismissed, so that Mrs. Beck may work to obtain a discharge and the proper completion of the above captioned case.

5. On information and belief, the Debtors have not entered into any agreement with a creditor or Trustee as a basis for this motion.

WHEREFORE, the Debtors pray for an Order of this Court dismissing the individual Alvin Lyons from the above case and other further orders the court deems just and fair.

Respectfully submitted,

/s/ Douglas M. Heagler
Douglas M. Heagler, MO48952
901 Booneslick
St. Charles, MO 63301
(636 278-2778
fax 1 866 371 9155
dheagler@freshstartbk.com

# CERTIFICATE OF SERVICE

      I, Douglas M. Heagler, do hereby certify that I served a copy of this Notice along with the attached Motion upon the parties listed on the service list, by causing the same to be mailed in a properly addressed envelope, postage prepaid, before the hour of 5:30 p.m., June 23, 2011.

                                            /s/ Douglas M. Heagler
                                            Douglas M. Heagler, MO48952
                                            901 Booneslick
                                            St. Charles, MO 63301
                                            (636 278-2778
                                            fax 1 866 371 9155
                                            dheagler@freshstartbk.com

**SERVICE LIST**

E. Rebecca Case
Trustee
7733 Forsyth Blvd. Suite 500
Saint Louis, MO 63105 (314) 721-7011


Office of the United States Trustee
111 South 10th St.
Ste. 6353
St. Louis, MO 63102 (Electronic)

Alvin Lyons
4104 Bain Court
St. Louis, MO 63044

Bobbie Beck
4104 Bain Court
St. Louis, MO 63044

Attached list:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

IN RE: Alvin Lyons
Bobbie Beck

CASE NO.

CHAPTER 7

## Certificate of Service

I, the undersigned, do hereby certify that I served a copy of this Notice along with the attached Motion to Dismiss upon the parties listed on the service list, by causing the same to be delivered electronically, or mailed in a properly addressed envelope, postage prepaid, on or before June 23, 2011.

Date: _____

Douglas M. Heagler
Attorney for the Debtor(s)

| | | |
|---|---|---|
| | Fingerhut<br>xxxx<br>P.O. Box 166<br>Newark, NJ 07101 | Missouri American Water<br>xxxx<br>P.O. Box 578<br>Palatine, IL 60094 |
| Ameren UE<br>xxxx<br>P.O. Box 66700<br>St. Louis, MO 63166-6700 | GE Money Bank<br>xxxx<br>P.O. Box 960061<br>Orlando, FL 32896 | MRSI<br>xxx1704<br>2250 E DEVON AVE STE 352<br>DES PLAINES, IL 60018 |
| Bank of America<br>P.O. Box 650070<br>Dallas, TX 75265 | Home Depot Credit Services<br>xxxx<br>P.O. Box 6028<br>The Lakes, NV 88901 | MSCB INC<br>xxxxxxxxxxxx0918<br>1410 INDUSTRIAL PARK RD<br>PARIS, TN 38242 |
| CAP ONE<br>xxxxxxxxxxxx5848<br>PO BOX 85520<br>RICHMOND, VA 23285 | Lab corp<br>xxxx<br>P.O. Box 2240<br>Burlington, NC 27216 | MSD<br>Attn: Bankruptcy<br>2350 Market Street<br>St. Louis, MO 63103 |
| Des Peres Hospital<br>xxxx<br>P. O. Box 830913<br>Birmingham, AL 35266 | Laclede gas<br>Rm 1215 c/o Bankruptcy<br>720 Olive St.<br>St. Louis, MO 63101 | NCO FIN/55<br>xx3236<br>PO BOX 13570<br>PHILADELPHIA, PA 19101 |
| Dougherty Physician<br>xxxx<br>P.O. Box 98570<br>Las Vegas, NV 89193 | Lowes<br>xxxx<br>P.O. Box 530914<br>Atlanta, GA 30353 | NCO FIN/55<br>xx2845<br>PO BOX 13570<br>PHILADELPHIA, PA 19101 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

IN RE: Alvin Lyons
Bobbie Beck

CASE NO.

CHAPTER 7

**Certificate of Service**

(Continuation Sheet #1)

---

Sam's Club
xxxx
P.O. Box 530942
Atlanta, GA 30353


Sears
xxxx
P.O. Box 688957
Des Moines, IA 50368


STATE FARM FNCL SVCS F
xxxxxxxxxxx0001
3 STATE FARM PLZ
BLOOMINGTON, IL 61791


THD/CBSD
xxxxxxxxxxxx2416
PO BOX 6497
SIOUX FALLS, SD 57117